IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01011-AP

RONALD N. FRICKEL, o/b/o MARIJEAN E. ABBOTT,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Francis K. Culkin, Esq.
3801 E Florida Avenue, Suite 400
Denver, CO 80210
(303) 830-1110
(303) 863-9221 (fax)
fculkinesq@aol.com

For Defendant:

Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

    A.      Date Complaint Was Filed:   **April 16, 2012**

    B.      Date Complaint was Served on U.S. Attorney's Office:   **April 18, 2012**

    C.      Date Answer and Administrative Record Were Filed:   **June 18, 2012**

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.      OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8.      BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    A.      Plaintiff's Opening Brief:   **August 20, 2012**

    B.      Response Brief due:   **September 19, 2012**

    C.      Reply Brief due:   **October 4, 2012**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. Plaintiff's Statement: **Plaintiff requests oral argument.**

   B. Defendant's Statement: **Defendant does not request oral argument.**

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B. ( **X** ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 10th day of July, 2012

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| *s/ Jessica Milano for*<br>Francis K. Culkin, Esq.<br>3801 E Florida Avenue, Suite 400<br>Denver, CO 80210<br>(303) 830-1110<br>(303) 863-9221 (fax)<br>fculkinesq@aol.com<br><br>Attorney for Plaintiff<br><br>(SIGNED PER ELECTRONIC AUTHORIZATION) | JOHN F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br><br>*s/ Jessica Milano*<br>Jessica Milano<br>Special Assistant United States Attorney<br>1001 17th Street<br>Denver, CO 80202<br>(303) 844-7136<br>(303) 844-0770 (fax)<br>jessica.milano@ssa.gov<br><br>Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 9, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to Plaintiff's counsel at the following e-mail address(es):

      fculkinesq@aol.com

                                          *s/ Jessica Milano*
                                          Office of the General Counsel
                                          Social Security Administration